UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROBERT MANFREDO, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO.: |
| v. | : |
| | : |
| RAMI ATTIAS and AA INVEST LLC., | : |
| Defendants. | : |

---

### PLAINTIFF'S COMPLAINT

Plaintiff Robert Manfredo ("Plaintiff"), by his undersigned attorney, Jeffrey M. Cassuto, Esq., for his Complaint against Rami Attias and AA Invest LLC ("Defendants"), allege as follows:

### NATURE OF THE ACTION

1. This is an action for money damages and declaratory judgment arising from the material breach of promissory notes in that Defendant has failed to remit payment as set forth in the promissory notes.

### PARTIES

2. Plaintiff, Robert Manfredo, is an individual with a principal place of business at 1314 Jericho Turnpike, New Hyde Park, New York.

3. Upon information and belief, Defendant Rami Attias is an individual residing at 18 Selby Lane, Palm Beach Gardens, Florida.

4. Upon information and belief, AA Invest LLC is a limited liability company registered in the State of Florida and has a principal place of business at 18 Selby Lane, Palm Beach Gardens, Florida.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332 because there is complete diversity of citizenship between each Plaintiff and Defendant, and the amount in controversy exceeds $75,000. Diversity of citizenship exists because Plaintiff is a citizen of New York and Defendant is a citizen of Florida.

6. Personal jurisdiction over Defendant is proper. Defendant has agreed to submit to the jurisdiction of this Court when he agreed that "any suit for the enforcement of [the promissory notes] may be brought in the courts of the State of New York, County of Nassau or any Federal Court sitting in such state and consents to the non-exclusive jurisdiction of each such court."

7. Pursuant to 28 U.S.C. §1391, venue properly lies in this Judicial District because Defendant has agreed to submit to the personal jurisdiction of appropriate courts located in New York State to adjudicate or determine any lawsuit arising under the promissory notes giving rise to this lawsuit.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

8. On or about the 15th day of May, 2025, for valuable consideration, Defendants executed and delivered to the plaintiff a Promissory Note ("Note I"). A true and accurate copy of the Note and Joint Venture Agreement is attached hereto as Exhibit A and incorporated herein by reference.

9. Pursuant to the terms of Note I, Defendants promised to pay Plaintiff the principal amount of $65,000, together with interest accruing at 16% per annum from May 15, 2025 until the principal is paid in full.

10. Pursuant to the terms of the Note I, the entire principal amount, together with all interest due thereon, and other fees due in connection therewith were due and payable no later than June 15, 2025 (see Exhibit A).

11. To date, Defendant has failed to remit any payment in connection with the Note I.

12. On or about the 28th day of May, 2025, for valuable consideration, Defendants executed and delivered to the plaintiff a Promissory Note ("Note II"). A true and accurate copy of the Note II and Joint Venture Agreement are attached hereto as Exhibit B and incorporated herein by reference.

13. Pursuant to the terms of Note II, Defendant promised to pay Plaintiff the principal amount of $50,000, together with interest accruing at 16% per annum from October 1, 2025 until the principal is paid in full.

14. Pursuant to the terms of the Note II, the entire principal amount, together with all interest due thereon, and other fees due in connection therewith were due and payable no later than **June 15, 2025** (see Exhibit B).

15. To date, Defendant has failed to remit any payment in connection with the Note II.

## COUNT I – BREACH OF NOTE I

16. Plaintiff hereby incorporates by reference allegations in paragraphs 1-15.

17. Defendants are jointly and severally indebted to Plaintiff pursuant to Note I, in the amount of $65,000 plus interest thereon.

18. Although Plaintiff has demanded payment, Defendants have failed and refused to pay.

19. Plaintiff has been damaged by Defendants' non-payment.

### COUNT II – BREACH OF NOTE II

20. Plaintiff hereby incorporates by reference allegations in paragraphs 1-15.

21. Defendants are jointly and severally indebted to Plaintiff pursuant to Note II, in the amount of $50,000 plus interest thereon.

22. Although Plaintiff has demanded payment, Defendants have failed and refused to pay.

23. Plaintiff has been damaged by Defendants' non-payment.

### PRAYER FOR RELIEF

Wherefore, Plaintiff Robert Manfredo hereby demands judgment in his favor and against Defendants Rami Attias and AA Invest, LLC as follows:

A. For judgment in the amount of $65,000 plus interest thereon for Defendants' breach of Note I;

B. For judgment in the amount of $50,000 plus interest thereon for Defendants' breach of Note II;

C. An award of Plaintiff's costs and reasonable attorney's fees; and

D. For such other and further relief as may be just and proper.

New York, New York
January 8, 2026

                                            Respectfully submitted,

                                            /s/

                                            JEFFREY M. CASSUTO, ESQ.
                                            111 Third Avenue, Suite 8C
                                            New York, New York 10003
                                            Telephone: (917) 622-1470
                                            jeff@cassutolaw.com
                                            *Counsel for Plaintiff*
                                            *Robert Manfredo*