UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
ROBERT MANFREDO,                           :           26cv164 (DLC)
                                           :
                        Plaintiff,         :              Order
            -v-                            :
                                           :
AA INVEST LLC, et al.,                     :
                                           :
                        Defendants.        :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

This action was filed on January 8, 2026 against defendants AA Invest LLC and Rami Attias.  The defendants were served on March 23 and their deadline to answer the complaint was April 13.  The defendants have not appeared in this action.  Accordingly, it is hereby

ORDERED that the plaintiff shall by **April 24, 2026,** file any motion for default judgment against the defendants.  Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions, including the requirement to obtain a certificate of default from the Clerk of Court for each defaulting defendant.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order, the motion for default judgment papers, and a copy of the Court's Individual Practices on the defendants, and shall file proof of such service on ECF on or before **April 28, 2026.**

IT IS FURTHER ORDERED that a default judgment hearing will

be held at the pretrial conference on **May 7, 2026** at **11:00 a.m.**

in Courtroom 18B, 500 Pearl Street, New York, New York.    Failure

of the defendants to appear will result in a default or a

default judgment.

Dated:    New York, New York
          April 14, 2026

                              _____
                                   DENISE COTE
                              United States District Judge

2