UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
ROBERT MANFREDO,                           :          26cv164 (DLC)
                                           :
                              Plaintiff,   :          Order
                  -v-                      :
                                           :
AA INVEST LLC, et al.,                     :
                                           :
                              Defendants.  :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

This action was filed on January 8, 2026 against defendants AA Invest LLC and Rami Attias.  Attias was served on March 23 and his deadline to answer the complaint was April 13.  AA Invest LLC was served on May 28 and its deadline to answer the complaint was June 18.  The defendants have not appeared in this action.  Accordingly, it is hereby

ORDERED that the plaintiff shall by **July 10, 2026,** file any motion for default judgment against the defendants.  Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions, including the requirement to obtain a certificate of default from the Clerk of Court for each defaulting defendant.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order, the motion for default judgment papers, and a copy of the Court's Individual Practices on the defendants, and shall file proof of such service on ECF on or before **July 14, 2026.**

IT IS FURTHER ORDERED that a default judgment hearing will be held on **July 21, 2026** at **11:00 a.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.  Failure of the defendants to appear will result in a default or a default judgment.

Dated:    New York, New York
          July 1, 2026

                                    _____
                                             DENISE COTE
                                    United States District Judge

2