UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| ROBERT MANFREDO, Plaintiff, -v- AA INVEST LLC, et al., Defendants. | : | 26cv164 (DLC) Order |

---

DENISE COTE, District Judge:

Having received the plaintiff's letter request of July 3, 2026, it is hereby

ORDERED that the plaintiff shall by **July 24, 2026**, file any motion for default judgment against the defendants. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions, including the requirement to obtain a certificate of default from the Clerk of Court for each defaulting defendant.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order, the motion for default judgment papers, and a copy of the Court's Individual Practices on the defendants, and shall file proof of such service on ECF on or before **July 28, 2026**.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **August 4, 2026** at **11:00 a.m.** in Courtroom 18B, 500 Pearl Street, New York, New York. Failure of the defendants to

appear will result in a default or a default judgment.

Dated: New York, New York
July 6, 2026

DENISE COTE
United States District Judge