UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MANFREDO,

Plaintiff,

v.

RAMI ATTIAS and AA INVEST LLC.,

Defendants.

CIVIL ACTION NO.: 26-cv-164 (DLC)

**DEFAULT JUDGMENT**

This action having commenced on January 13, 2026 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendants AA Invest, LLC, and Rami Attias ("Defendants"), on May 28, 2026 and March 17, 2026, respectively, by delivering a true copy personally to Defendants and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendants entered in the liquidated amount of $115,000.00, jointly and severally, ~~with interest at the prevailing federal interest rate per annum compounded annually~~, plus post-judgment interest~~, costs, and disbursements of this action~~.

Dated: New York, New York
August 4, 2026

Denise Cote
Honorable Denise L. Cote, U.S.D.J.
This document was entered on the docket
on____________________.